IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAINOUS WILLETTA, | No. 2:12-CV-0297-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| VICKORY, | |
| Defendant. | |
| _____/ | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On January 15, 2013, mail directed to plaintiff was returned by the United States Postal Service as undeliverable. Pursuant to Eastern District of California Local Rule 183(b), any party appearing pro se must file and serve a notice of change of address within 63 days of mail being returned. To date, more than 63 days have elapsed since mail was returned and plaintiff has not notified the court of a change of address.

/ / /

/ / /

/ / /

Plaintiff shall show cause in writing, within 30 days of the date of this order, why this action should not be dismissed for failure to file notice of change of address. Plaintiff is again warned that failure to respond to this order may result in dismissal of the action for failure to prosecute and comply with court rules and orders. See Local Rule 110.

IT IS SO ORDERED.

DATED: May1, 2013

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE